In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-14-00009-CV
_____

**HENRY STEPP III, Appellant**

**V.**

**JEFF STEPP, Appellee**

**On Appeal from the County Court at Law No. 3**
**Montgomery County, Texas**
**Trial Cause No. 13-10-10769 CV**

**MEMORANDUM OPINION**

Henry Stepp III filed a notice of appeal on January 7, 2014, seeking to appeal an order denying an application for protective order. With respect to Henry's appeal, the record, due to be filed on February 6, 2014, was not filed. We notified the parties that the appeal would be dismissed for want of prosecution unless arrangements were made to file the record or Henry explained why additional time was needed to file the record. Henry did not respond to the Court's notice. On March 20, 2014, we warned Henry that the appeal would be dismissed

1

unless on or before March 31, 2014, he arranged to pay for the record, filed an affidavit of indigence, or showed that he could not be charged a fee for the appellate record. Henry did not respond to the Court's notice by the date specified in the clerk's notice.

Henry failed to comply with a notice from the clerk that required a response or other action within a specific time. *See* Tex. R. App. P. 42.3(c). The appeal is dismissed. *See* Tex. R. App. P. 37.3(b); Tex. R. App. P. 42.3.

APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice

Opinion Delivered April 10, 2014

Before McKeithen, C.J., Horton and Johnson, JJ.

2